The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR17-0057RAJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |
| JOHN SLAYTER, | ) | |
| Defendant. | ) | |

Upon the unopposed motion of the defense to continue the pretrial motions deadline in the above-captioned case, the Court finds that extending the deadline is reasonable and necessary to afford counsel necessary time to review and synthesize discovery, conduct legal research, consult with Mr. Slayter, and draft motions, and that extending the deadline serves the ends of justice, therefore,

IT IS HEREBY ORDERED that the Defendant's unopposed motion (Dkt. #18 is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than April 6, 2017.

DATED this 27th day of March, 2017.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING
PRETRIAL MOTIONS DEADLINE - 1
*U.S.A. v. Slayter /* CR17-0057RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**