The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR17-0057-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING CONTINUATION |
| vs. | ) | OF TRIAL DATE AND EXTENSION |
| | ) | OF DUE DATE FOR PRETRIAL |
| JOHN SLAYTER, | ) | MOTIONS |
| | ) | |
| Defendant. | ) | |

Based on the defense's unopposed motion to continue the trial date in this case and to extend the pretrial motions deadline, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time review and synthesize discovery, conduct investigation, consult with the defendant, perform legal research, draft motions, and prepare for trial. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant time reasonably necessary to effectively prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING CONTINUANCE OF TRIAL
DATE & EXTENSION OF DUE DATE FOR PTMs - 1
*U.S.A. v. Slayter /* CR17-0057RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date is continued from May 1, 2017, to August 28, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of August 28, 2017, is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

All pretrial motions, including motions in limine, shall be filed no later than July 13, 2017.

DATED this 27th day of April, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING CONTINUANCE OF TRIAL
DATE & EXTENSION OF DUE DATE FOR PTMs - 2
*U.S.A. v. Slayter /* CR17-0057RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**